SHENYEY, APPELLANT, *v.* GLASGOW ET AL.; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Shenyey v. Glasgow,* 124 Ohio St.3d 237, 2010-Ohio-8.]

(No. 2009–0921—Submitted December 2, 2009—Decided January 12, 2010.)

{¶ 1} The appeal as to appellant's Proposition of Law No. IV is dismissed as having been improvidently accepted.

{¶ 2} The judgment of the court of appeals is affirmed as to appellant's Proposition of Law Nos. I, II, and III on the authority of *State Farm Mut. Auto. Ins. Co. v. Grace,* 123 Ohio St.3d 471, 2009-Ohio-5934, 918 N.E.2d 135.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Peter F. Shenyey, pro se.

Gallagher, Gams, Pryor, Tallan & Littrell, L.L.P., and James R. Gallagher, for appellee.